# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MATTHEW OLIVER REARDON**                            **PLAINTIFF**

**V.**                                                    **NO.: 3:21-cv-118-GHD-JMV**

**CITY OF OXFORD, MS, et al.**                           **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendations ("R&R") of the United States Magistrate Judge dated September 15, 2021, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated September 15, 2021, is, hereby, approved and adopted as the opinion of the Court.

2. That the Clerk is directed to CLOSE this case.

This, the 6 day of October, 2021.

                                                         SENIOR U. S. DISTRICT JUDGE